1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY J. LEE,

11              Petitioner,                    No. CIV S-06-2756 GEB CMK P

12        vs.

13   D.K. SISTO, et al.,

14              Respondents.                   <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19              Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22              Since petitioner may be entitled to the requested relief[1] if the claimed violation of

23   constitutional rights is proved, respondents will be directed to file an answer.

24   _____

25        [1]Although petitioner states that he has not filed any state
     habeas petitions, he asserts that he has presented his one federal
26   habeas claim to the California Supreme Court, apparently on direct
     appeal.

                                              1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondents are directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant Attorney General.

DATED:   December 8, 2006.


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE